KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
office: (702) 385-5534
fax: (702) 385-1869
email: ktkennedylaw@gmail.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAWN RICHARD, Individually, | 2-17-cv-00384-GMN-GWF |
| Plaintiff, | |
| vs. | |
| NV ENERGY, INC., a Nevada Corporation, DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive, | |
| Defendants. | |

**STIPULATION TO AMEND COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DAWN RICHARD, by and through her undersigned counsel, KIRK T. KENNEDY, ESQ., and the Defendant NV ENERGY, INC., by and through its undersigned counsel, KARYN M. TAYLOR, ESQ., that the Plaintiff's complaint shall be amended as follows:

1. The Defendant's name shall be corrected and amended to name Nevada Power Company dba NV Energy, instead of NV Energy, Inc.

2. The Plaintiff shall dismiss with prejudice her second cause of action for negligent

supervision.

| | |
|---|---|
| /s/Kirk T. Kennedy<br>KIRK T. KENNEDY, ESQ.<br>Nevada Bar No: 5032<br>815 S. Casino Center Blvd.<br>Las Vegas, NV 89101<br>(702) 385-5534<br>Attorney for Plaintiff | /s/Karyn M. Taylor<br>KARYN M. TAYLOR, ESQ.<br>Nevada Bar No: 6142<br>6100 Neil Road<br>Reno, NV 89511<br>(775) 834-5781<br>Attorney for Defendant |
| Dated: 3/8/17 | Dated: 3/8/17 |

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated this __10__ day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
Attorney for Plaintiff

2