# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAWN RICHARD,

        Plaintiff,

vs.

NV ENERGY, INC.,

        Defendant.

Case No. 2:17-cv-00384-GMN-GWF

**ORDER**

On June 7, 2017, Magistrate Judge Carl W. Hoffman conducted an Early Neutral Evaluation ("ENE"). *See* ECF No. 21. The ENE was continued to August 4, 2017 for the purpose of conducting additional investigations and Magistrate Judge Hoffman recommended that discovery be stayed until August 4, 2017. *Id.* Accordingly,

**IT IS HEREBY ORDERED** that discovery in this matter is **stayed** until August 4, 2017.

DATED this 13th day of June, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge