| | |
|---|---|
| 1 | NEIL ALEXANDER, ESQ., Bar #5202 |
|   | LITTLER MENDELSON, P.C. |
| 2 | 3960 Howard Hughes Parkway, Suite 300 |
|   | Las Vegas, NV  89169 |
| 3 | Telephone:   702.862.8800 |
|   | Facsimile:   702.862.8811 |
| 4 | |
| 5 | KARYN M. TAYLOR, ESQ., Bar #6142 |
|   | NV ENERGY |
| 6 | 6100 Neil Road |
|   | Reno, NV  89511 |
|   | Telephone:   775.834.5781 |
| 7 | Facsimile:   775.834.4098 |
| 8 | Attorneys for Defendant |
|   | *NEVADA POWER COMPANY* |
| 9 | *dba NV ENERGY, INC.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAWN RICHARD, Individually, | | Case No.  2:17-cv-00384-GMN-GWF |
| | Plaintiff, | **STIPULATION TO RESET EARLY NEUTRAL EVALUATION SESSION** |
| vs. | | [SECOND REQUEST] |
| NEVADA POWER COMPANY dba NV ENERGY, INC., a Nevada corporation; DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive, | | |
| | Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DAWN RICHARD, through her undersigned counsel, KIRK T. KENNEDY, ESQ., and the Defendant, NEVADA POWER COMPANY dba NV ENERGY, INC., by and through its undersigned counsel, KARYN M. TAYLOR, ESQ., NV ENERGY, that the current EARLY NEUTRAL EVALUATION ("ENE") Session date of August 4, 2017, shall be reset to September 19, 2017.  This stipulation is

///

///

entered into because an Independent Medical Examination of the Plaintiff has been scheduled for August 4, 2017, the same date as the first ENE Session. This is the second request by stipulation to reset the ENE Session.

| | |
|---|---|
| /s/ Kirk T. Kennedy | /s/ Karyn M. Taylor |
| KIRK T. KENNEDY, ESQ. | KARYN M. TAYLOR |
| Nevada Bar No. 5032 | Nevada Bar No. 6142 |
| 815 S. Casino Center Blvd. | 6100 Neil Road |
| Las Vegas, NV 89101 | Reno, NV 89511 |
| Attorney for Plaintiff | Attorney for Defendant |
| Dated: July 20, 2017 | Dated: July 20, 2017 |

**ORDER**

IT IS ORDERED that the ENE currently set for 8/4/2017 at 9:00 a.m. is reset for 9/19/2017 at 9:00 a.m.

IT IS FURTHER ORDERED that the parties must submit a joint status report to Judge Hoffman's chambers by facsimile at 702-464-5581 by 9/12/2017.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 7/24/17

2:17-cv-00384-GMN-GWF

NV ENERGY
6100 Neil Road
Reno, NV 89511
775.834.5781